EASTERN DISTRICT OF MI U.S. DISTRICT COURT

PLAINTIFF  -  CASSADAY, KEVIN W.   INMATE # 71417-509

RECEIVED
JUL - 5 2022
JUDITH E. LEVY
U.S. DISTRICT JUDGE

4819 N. STARK RD.
HOPE, MI  48628
(989) 615-7096
KWCASSADAY@YAHOO.COM

DEFENDANTS  -  DOW CHEMICAL CO., et al
ANDREW LIVERIS-CEO

Case: 1:22-cv-11555
Judge: Ludington, Thomas L.
MJ: Morris, Patricia T
Filed: 06-27-2022 At 10:32 AM
CMP KEVIN CASSADAY V DOW CHEMICAL CO ET AL (SS)

JURISDICTION:

THE DEF. HQ IS LOCATED IN MIDLAND, MI; THIS IS

THE PROPER COURT & JURISDICTION.

VIOLATIONS:

1.  18 U.S.C. § 1514A(a)

2.  18 U.S.C. § 241

3.  18 U.S.C. § 246

4.  18 U.S.C. § 249(a)(1)

5.  18 U.S.C. § 1512(c)(1)(2), (d)(2)(4)

6.  18 U.S.C. § 607(a)(1)

7.  $1,000,000.00 BRIBE TO 45TH PRES. BY A FOREIGN INDIVIDUAL.

P. 1-6

## COMPLAINT:

MR. CASSADAY WAS SUBJECT TO A TRICK SCHEME & RETALIATION PRIOR TO SEPT, 2012, TO KEEP THE COMPANY WORKER RATES LOW, & TO DENY ITS LABOR FORCE COMPENSATION.

JUDGES BEING PLACED IN MI WORKERS COMP. AGENCY TO PROTECT A COMPANY, OVER WORKERS.

ROBERT STEELMAN HAD ALLEGEDLY HIRED UNLICENCED INVESTIGATORS TO HARRASS PLTF. FOR YEARS, POSSIBLY EVEN BUMPING HIS SPOUSES CAR ONE NIGHT IN SAGINAW, MI. HIRING NUMEROUS DOCTORS TO GET THE NARRATIVE SOUGHT BY DEFENCE.

THE, IF ANY, STATUTE OF LIMITATIONS SHOULD STILL BE ALLOWED TO PROCEED, AS THE ABUSE HAS NOT STOPPED, & DESTROYED HIS MARRIAGE, TO HYPOCRITICALLY RUIN PLTF.

THERE ARE CASES IN MI CT. APPEALS, & OTHERS IN W.D. OF MI U.S.D.C.

P. 2-6

THAT RELATE TO THIS MATTER.

BEING THE CEO IS FOREIGN THIS COULD CONSTITUTE AS TERRORISM. HE, LIVERIS, PUT & BUILT THIS CONDUCT & CASHED THE COMPANY OUT THROUGH FIDELITY & WAS ALLEGEDLY INSIDER TRADING. SUCH GAVE THE 45TH PRES. $1,000,000. FOR INAUGERATION, AFTER INAUGERATION.

THE DEF.'S MADE PLTF. A MARTYR, GETTING RID OF ALL LOWER WORKERS & PROBABLY BLAMED PLTF., BUT WAS TO ALSO HIDE SUCH ABUSIVE CONDUCT TO EMPLOYEES.

THE POLITICAL ARM OF DEF. HAS BEEN CORRUPT FOR YEARS, AN ATTACK ON U.S. WORKERS, FOR FOREIGNORS GAIN IS A FORM OF SLAVERY.

PLTF. WAS ABUSED INTO ISOLATION, WITHDRAWING FROM EVERYTHING, MAY HAVE HAD ELECTRONICS HACKED, HIS FIDELITY TARGETED

P. 3 - 6

& HAD PEOPLE COME TO HIS DOOR IN AUBURN, MI.

THERE WAS SOME BOARD MEMBERS FOR DEF, ON LOCAL HOSP.

BOARDS MANIPULATING HOSP. CARE.

DOW MEDICAL WAS GIVEN ALL RECORDS PRIOR TO EMPLOYMENT,

& PLTF. WAS FORCED TO WORK WITH BROKEN SHAKER TABLES FOR

MONTHS RESULTING IN L4 LEFT FACET DEGREDATION & MORE,

& COVERED UP BY DOCTORS, ATTORNEYS & OTHER LICENSED PROF.'S.

PLTF. HAS BEEN BULLIED, ABUSED RELENTLESLY TO PROTECT A

RATE, OVER LIFE.

PLTF. IS WRONGFULLY IMPRISONED DUE TO IT ALL NOT STOPPING.

AFFIDAVIT:

THESE DOCUMENTS ARE TRUE & CORRECT UNDER PENALTY & PERJURY.

6-25-2022        Kevin Cassaday #9178

P. 4-6

ADDITIONAL DEFENDANTS:

1. ROBERT STEELMAN — KGV LAW      GRAND RAPIDS, MI

2. EMIL LOUIS OGNISANTI — MI WORKERS COMP.

3. LISA WOONS — MI WORKERS COMP.

4. GRANT HYATT — GRAND RAPIDS, MI — DOCTOR

P. 5-6

ASSOCIATED CASES:

W.D. OF MI U.S.D.C.

1:21-CV-722    CASSADAY vs. DOW CHEM. CO.

1:22-cv-333    CASSADAY vs. SPARROW HEALTH SYS., et al
    22-1528 (6TH CIR.)

1:21-CV-715    CASSADAY vs. AT&T

1:21-CV-714    CASSADAY vs. FACEBOOK & GOOGLE

1:21-CV-716    CASSADAY vs. VERIZON

1:21-CV-718    CASSADAY vs. MIKE SHIRKEY

1:21-CV-751    CASSADAY vs. MI STATE POLICE

1:21-CV-720    CASSADAY vs. GOV. CONS. SERV. INC.

1:21-CV-750    CASSADAY vs. ORLENE HAWKS OF MI LARA

P. 6-6

Case 1:22-cv-11555-TLL-PTM  ECF No. 1, PageID.7  Filed 06/27/22  Page 7 of 7

Cassaday
NCJ
P.O. BOX 845
White Cloud, MI 49349

6-27-22  GRAND RAPIDS MI  493

27 JUN 2022  PM 4 L

★ Rtrn. Svc. Rqst.

USA ★ FOREVER ★

ORIGINATED

UNITY JAIL

"U.S. COURT CLERK

200 E. LIBERTY ST.

Ann Arbor, MI 48104

U.S. MARSHALS

RECEIVED
JUL 11 2022
CLERK'S OFFICE
U.S. DISTRICT COURT

48104-212999

© USPS 2019

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

FSC
MIX
Envelope
FSC® C137131